UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSWORLD BENEFITS, INC.,<br><br>                                    Plaintiff,<br><br>         v.<br><br>LA JOLLA COVE INVESTORS, INC.; and DOES 1 through 100,<br><br>                                    Defendants. | Civil No.   06cv2328-BEN-POR<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE** |

The Court held a telephonic Settlement Conference on February 2, 2007.  Amanda Manahan appeared on behalf of Plaintiff; Stephen Spinella appeared on behalf of Defendants.  The Court previously issued Rule 26 dates to the parties.  A further Settlement Conference shall be held on **February 9, 2007** at **9:15 a.m.**  That conference shall be <u>telephonic</u>, with <u>attorneys only</u>.  Counsel for Defendants shall initiate the conference call.

IT IS SO ORDERED.

DATED: February 2, 2007

_____
LOUISA S PORTER
United States Magistrate Judge

cc:        The Honorable Roger T. Benitez

           all parties